

1125 Atlantic Avenue – 3rd Floor
Atlantic City, NJ 08401
Phone (609) 344-3161
Toll Free (800) 529-3161
Fax (609) 344-0939
www.cooperlevenson.com

**WILLIAM S. DONIO**
Also Admitted to PA Bar
EMAIL: wdonio@cooperlevenson.com

Direct Phone (609) 572-7610
Direct Fax 609-572-7611

FILE NO. 50669/00024

February 4, 2016

<u>Via Electronic Filing</u>

Noel L. Hillman, U.S.D.J.
United States District Court
Mitchell H. Cohen U.S. Courthouse
Room 6030
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

    Re:    D.O. v. Pennsauken High School, et al
            Case No.: 1:16-cv-00379-NLH-KMW

Dear Judge Hillman:

    We represent the Defendants, Pennsauken Board of Education ("Board") with regard to the above-captioned matter. As Your Honor is aware, we filed a notice of removal on January 22, 2016. We are in receipt of Your Honor's order dated January 28, 2016. Please be advised that we are withdrawing the removal application and filing an Answer to the Counterclaim in New Jersey Superior Court.

    We thank the Court for its consideration and time in this matter.

                          Respectfully Submitted,

                          **/s/ William S. Donio**

                          William S. Donio

WSD/mal

CLAC 3333866.1